1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  VICTOR M. CHAVEZ, Bar #113752
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561

5

6  Attorney for Defendant
   ERIC RODRIGUEZ

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   NO. 1:10-cr-0304 AWI
                                     )
12               Plaintiff,          )   STIPULATION CONTINUING FILING OF
                                     )   MOTIONS; ORDER
13       v.                          )
                                     )
14  ERIC RODRIGUEZ,                  )
                                     )   Date:  March 5, 2012
15               Defendant.          )   Time:  9:00 a.m.
                                     )   Judge: Hon. Anthony W. Ishii
16  _____ )

17

18        **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel,

19  Assistant United States Attorney Jeremy R. Jehangiri, Counsel for Plaintiff, and Assistant Federal

20  Defender Victor M. Chavez, Counsel for Defendant Eric Rodriguez, that motions in limine now due on

21  January 23, 2012 may be filed on **February 6, 2012**.  Defense seeks this stipulation because defense

22  counsel will be out of the office for two weeks returning on January 23, 2012 and needs additional time to

23  file motions. All other dates remain the same with opposition to be filed by February 13, 2012; any reply

24  to be filed by February 27, 2012; and the hearing on the motions set for March 5, 2012 at 9:00 a.m.

25  ///

26  ///

27  ///

28  ///

BENJAMIN B. WAGNER
United States Attorney

DATED: January 5, 2012          By:   /s/ *Jeremy R. Jehangiri*
                                      JEREMY R. JEHANGIRI
                                      Assistant United States Attorney
                                      Counsel for Plaintiff


                                      DANIEL J. BRODERICK
                                      Federal Defender

DATED: January 5, 2012          By:   /s/ *Victor M. Chavez*
                                      VICTOR M. CHAVEZ
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      ERIC RODRIGUEZ


**ORDER**

IT IS SO ORDERED.

Dated:    January 5, 2012

                              CHIEF UNITED STATES DISTRICT JUDGE