1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN W. ENOS
   GRANT B. RABENN
3  Assistant U.S. Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
    United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:10-cr-00304-AWI/DLB |
| Plaintiff, | **STIPULATION BETWEEN THE UNITED STATES AND DEFENDANT REGARDING PRODUCTION OF PROTECTED INFORMATION; PROTECTIVE ORDER RE: SAME** |
| v. | |
| ERIC RODRIGUEZ, | |
| Defendant. | |

WHEREAS, counsel for the government recently obtained certain information regarding one or more anticipated law enforcement witnesses that it thereafter disclosed to the court, in camera, in the form of two ex parte submissions (the "disclosed information"). Some of this information has since been filed, under seal, pursuant to a sealing order dated July 19, 2012. The balance of this information was obtained earlier today and presented to the court pursuant to a second in camera review;

WHEREAS, the court also directed the undersigned to work with defense counsel in agreeing to a protective order regarding the

confidential production of the disclosed information to the defense; and

WHEREAS, the parties desire to avoid the unauthorized disclosure or dissemination of the disclosed information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, defendant ERIC RODRIGUEZ, by and through his counsel of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Brian W. Enos, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to production and maintenance of the disclosed information.

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share the disclosed information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff. Defense Counsel may permit the defendant to view the disclosed information in the presence of his attorneys, defense investigators, and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy the disclosed information.

4. If defendant seeks to use or otherwise refer to the disclosed information at trial, the parties will first address this issue with the Court in the form of a motion in limine. The disclosed information is now and will forever remain the property of the United States of America ("Government"). Defense Counsel will return the disclosed information

to the Government or certify that it has been shredded at the conclusion of the case.

5. Defense Counsel will store the disclosed information in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to return the disclosed information to the government.

IT IS SO STIPULATED.

(As auth. 7/20/12)

Dated: July 20, 2012　　　　　By: /s/ Victor M. Chavez____
　　　　　　　　　　　　　　　　Victor M. Chavez
　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　ERIC RODRIGUEZ


Dated: July 20, 2012　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　By: /s/ Brian W. Enos_____
　　　　　　　　　　　　　　　　Brian W. Enos
　　　　　　　　　　　　　　　　Assistant U.S. Attorney


IT IS SO ORDERED.

Dated:　　　July 20, 2012　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE